# Court of Appeals
# of the State of Georgia

ATLANTA, __September 28, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0014. LUXURY AUTO INNOVATIONS, LLC et al v. SWICKARD ATLANTA, LLC.**

We hereby direct that this appeal be DISMISSED without prejudice to any party and that this case be REMANDED to the trial court until the stay of proceedings is lifted. Any party or parties may reinitiate the appeal of this case by timely refiling a new Notice of Appeal within 30 days of the bankruptcy court's order lifting the stay. See *Hoffman v. AC&S,* 248 Ga. App. 608 (1) (548 SE2d 379) (2001); *DCA Architects v. American Bldg. Consultants*, 203 Ga. App. 598, 599- 600 (1) (417 SE2d 386) (1992).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__09/28/2023_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*